1

2

3

4

5

6

7

8                                   IN THE UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     RICHARD JOSE DUPREE, JR.,

12                    Plaintiff,                            No. CIV S-11-0532 CMK P

13              vs.

14     JIM SCOTT,

15                    Defendant.                          ORDER

16     _____/

17              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18     to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  In his complaint,

19     plaintiff alleges violations of his civil rights by defendant.  The alleged violations took place in

20     Kern County, which is part of the Fresno Division of the United States District Court for the

21     Eastern District of California.  See Local Rule 120(d).

22              Pursuant to Local Rule 120(f), a civil action which has not been commenced in

23     the proper division of a court may, on the court's own motion, be transferred to the proper

24     division of the court.  Therefore, this action will be transferred to the Fresno Division of the

25     court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's

26     request to proceed in forma pauperis.

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

3    2. This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5    3. All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7    United States District Court
     Eastern District of California
8    2500 Tulare Street
     Fresno, CA 93721

9

10   DATED: April 5, 2011

11   _____

12   **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17   /mp
     dupr 11cv0532.22

18

19

20

21

22

23

24

25

26

2