1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  RICHARD JOSE DUPREE, JR.                    1:11cv0565 DLB

10                        Plaintiff,           ORDER DIRECTING CLERK OF COURT
                                               TO  REDESIGNATE ACTION AS A
11         v.                                  REGULAR CIVIL CASE

12  JIM SCOTT,

13
                        Defendant.
14  _____/

15

16      Plaintiff Richard Jose Dupree, Jr. ("Plaintiff"), a state prisoner proceeding pro se and in

17  forma pauperis, filed his complaint pursuant to 42 U.S.C. § 1983 on February 25, 2011.  Review

    of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of his
18
    confinement.
19
        Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a
20
    regular civil case and assign a district court judge.
21
        No scheduling conference should be set at this time.
22
        IT IS SO ORDERED.
23
     **Dated:   April 8, 2011**          _____ **/s/ Dennis L. Beck**_____
24                                       UNITED STATES MAGISTRATE JUDGE

25
26
27
28

                                              1